HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD [Calif. SBN 103596]
275 Battery Street, Suite 200
San Francisco, California 94111
Telephone: (415) 421-6100
Facsimile: (415) 421-1815
E-Mail: jwood@hennefer-wood.com; jhcwlaw@yahoo.com

Attorneys for Defendants, Robert S. Coppock
Irrevocable Life Insurance Trust – 2008 and
Eliza L. Coppock as Trustee of Robert S.
Coppock Irrevocable Life Insurance Trust – 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDSOR SECURITIES, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>ROBERT S. COPPOCK IRREVOCABLE<br>LIFE INSURANCE TRUST – 2008; and<br>ELIZA L. COPPOCK as Trustee of Robert S.<br>Coppock Irrevocable Life Insurance Trust<br>– 2008,<br><br>            Defendants.<br>_____/ | Case No. 3:15-cv-00075-EMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

TO THE COURT:

This action was filed on January 7, 2015.

Defendants, Robert S. Coppock Irrevocable Life Insurance Trust – 2008 and Eliza L. Coppock as Trustee of Robert S. Coppock Irrevocable Life Insurance Trust – 2008 ("Defendants"), have only recently obtained counsel.

Defendants and plaintiff are engaged in settlement discussions. In order to allow sufficient time for that process to reach fruition, and thus to foster the possibility that this matter may be resolved without further imposing upon the resources of the Court, plaintiff and Defendants,

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
*Windsor Securities, LLC vs. Robert S. Coppock Irrevocable Life Insurance Trust – 2008, et al.*
Civil Action No. 3:15-cv-00075-EMC

through their respective counsel, hereby stipulate that the date by which Defendants must respond to the complaint herein may and should be extended to March 23, 2015.

That stipulation is not entered into for purposes of delay and will not change or alter the date of any event or deadline already fixed by Court order.

Respectfully submitted.

DATED: February 13, 2015

THOMPSON, WELCH, SOROKO & GILBERT, LLP

  /s/  Darin T. Judd
Darin T. Judd

Attorneys for Plaintiff, Windsor Securities, LLC

HENNEFER FINLEY & WOOD, LLP

  /s/  Joseph Wood
Joseph Wood

Attorneys for Defendants, Robert S. Coppock
Irrevocable Life Insurance Trust – 2008 and
Eliza L. Coppock as Trustee of Robert S.
Coppock Irrevocable Life Insurance Trust – 2008

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District



**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
*Windsor Securities, LLC vs. Robert S. Coppock Irrevocable Life Insurance Trust – 2008, et al.*
Civil Action No. 3:15-cv-00075-EMC

2

PROOF OF SERVICE

Joseph Wood declares:

1.  I am over twenty-one years of age and am not a party to the above-named action. My business address is 275 Battery Street, Suite 200, San Francisco, CA 94111.

2.  On February 13, 2015, in San Francisco, California, I served the attached

    STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

on the parties to this action.

3.  Service was made by electronically filing that document with the Court to be served by operation of the Court's electronic filing and notice system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

DATED: February 13, 2015

        /s/ Joseph Wood
            Joseph Wood

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
*Windsor Securities, LLC vs. Robert S. Coppock Irrevocable Life Insurance Trust – 2008, et al.*
Civil Action No. 3:15-cv-00075-EMC

1