UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDSOR SECURITIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROBERT S. COPPOCK IRREVOCABLE LIFE INSURANCE TRUST, et al.,<br><br>    Defendants. | Case No. 15-cv-00075-EMC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable William H. Orrick for consideration of whether the case is related *to John Hancock Insurance Co. (U.S.A.) v. Goss*, Case No. C-14-4651 WHO and/or *Pacific Life Insurance Co. v. Gordillo*, Case No. C-14-3713 WHO.

**IT IS SO ORDERED**.

Dated: October 8, 2015

_____
EDWARD M. CHEN
United States District Judge